UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ROSA CARRION, surviving spouse and heir of JOSE CARRION, deceased,

  Plaintiff,

vs.

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, *et al*,

  Defendants.

2:13-cv-00419-PMP-NJK

**<u>ORDER</u>**

  Before the Court for consideration is Federal Defendants' fully briefed Motion to Dismiss (Doc. #13) filed August 29, 2013.

  Plaintiff's wrongful death action was commenced against Federal Defendants pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346. As correctly argued by Federal Defendants in their Motion to Dismiss, claims under the FTCA must be brought against the United States as a Defendant. As a result, Defendants seek dismissal under Rule 12(b)(1) of the Federal Rules of Civil Procedure based upon lack of subject matter jurisdiction, and also under Rule 12(b)(6) for failure to state a claim.

  The Court rejects Defendants' argument that Plaintiff has failed to state a claim as required under Rule 12(b)(6). However, finding that the United States is the proper party defendant for a claim under the FTCA, the Court grants Defendants' Motion to Dismiss

under Rule 12(b)(1) without prejudice and orders that Plaintiff file an Amended Complaint on or before <u>January 15, 2014</u> naming the United States as a Party Defendant in this action.

**IT IS SO ORDERED**.

DATED: December 11, 2013.

_____
PHILIP M. PRO
United States District Judge