UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSA CARRION, et al., | |
| Plaintiff(s), | Case No. 2:13-cv-0419-PMP-NJK |
| vs. | ORDER STRIKING FILED DOCUMENT |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, et al., | |
| Defendant(s). | (Docket No. 28) |

Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. Plaintiff has filed a notice of deposition on the docket. Docket No. 28. Because this document was filed in violation of Local Rule 26-8, it shall be **STRICKEN** by the Clerk.

The Court **ORDERS** the parties and counsel to cease filing discovery documents on the docket in compliance with Local Rule 26-8. Failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, *inter alia*, Local Rule IA 4-1; Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

DATED: April 17, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge