STEVEN W. MYHRE
Acting United States Attorney
District of Nevada

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: patrick.rose@usdoj.gov

*Attorneys for Defendant United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSA CARRION, surviving spouse and heir of JOSE CARRION, deceased<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and WILLIAM DODGE, M.D., an individual,<br><br>Defendants. | Case No. 2:13-cv-00419-RFB-NJK<br><br>**MOTION TO EXTEND DUE DATE FOR PROPOSED JOINT PRETRIAL ORDER**<br><br>**(Fourth Request)** |

   Pursuant to Fed. R. Civ. P. 6(b) and LR IA 6-1, the United States respectfully requests that this Court extend by six weeks the due date to file a proposed joint pretrial order. More specifically, and for the reasons set forth below, the United States requests an extension from March 17, 2017 to April 28, 2017. This is the fourth request to extend such due date, and it is based on the following grounds and circumstances.

   On January 9, 2017, the United States circulated to the other parties an initial draft of a proposed joint pretrial order. On January 13, 2017, the parties submitted a third stipulated request to extend the due date for a joint proposed pretrial order (from January 17, 2017 to March 2017); the Court granted that request. *See* ECF Nos. 95, 96. Subsequently, Defendant William Dodge, M.D. was voluntarily dismissed from the case. *See* ECF Nos. 97, 98. To the present date, Plaintiff has not provided the United States with her sections of the proposed joint pretrial order including, but not limited to, her lists of witnesses and exhibits for trial.

1  Undersigned defense counsel will be out of town for a family-related medical
2  appointment on the current due date of March 17, 2017.
3  During the next five weeks, the duties of undersigned counsel include the preparation of
4  several briefs, attendance at hearings in the district and appellate courts, and various discovery
5  related matters.
6  Based on the foregoing, the United States respectfully requests an extension of six
7  weeks, from March 17, 2017 to April 28, 2017, to file the proposed joint pretrial order.
8  This request is submitted for the reasons explained above, in good faith, and not for
9  purposes of undue delay.
10  Dated this 16th day of March 2017.

STEVEN W. MYHRE
Acting United States Attorney

/s/ Patrick A. Rose
PATRICK A. ROSE
Assistant United States Attorney

**NO FURTHER EXTENSIONS WILL BE GRANTED.**
It is so ordered.
Dated: March 16, 2017

_____
United States Magistrate Judge